41 So.2d 428

## MORGAN PLAN CO. v. ACCOUNTS SUPERVISION CO.

I Div. 381.

Supreme Court of Alabama.

June 30, 1949.

Robert E. Hodnette, Jr. and Howell & Johnston, of Mobile, for petitioner.

Caffey, Gallalee & Caffey and A. S. Whiting, of Mobile, opposed.

FOSTER, Justice.

We have examined the petition for certiorari in connection with the opinion of the Court of Appeals and we are of the opinion that the petition is without merit.

Certiorari denied.

BROWN, LIVINGSTON, LAWSON, SIMPSON and STAKELY, JJ., concur.